UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HENRY R. DENTON and MARILYN K. DENTON, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FARM BUREAU MUTUAL INSURANCE COMPANY OF IDAHO, etal.,<br><br>Defendants. | Case No. 1:10-CV-00449-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiffs take nothing from the Defendants and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **April 26, 2011**

~~Honor~~able Edward J. Lodge
U. S. District Judge

JUDGMENT - 1